UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL F. ROBINSON, SR. (#351070)

VERSUS

E.K.L. HOSPITAL, BATON ROUGE, ET AL

CIVIL ACTION

NO. 11-64-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 29, 2011 (doc. no. 4). The plaintiff has filed an objection which the court has carefully considered and finds it lacking in merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915, and this action is DISMISSED, without prejudice to any state law claims which the plaintiff may have.

Baton Rouge, Louisiana, this 5th day of October, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE